# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2119
_____

DANIEL E. MACK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Stefanie M. Newlin, Judge.

October 13, 2025

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.